# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

AMBASE CORPORATION, 111 WEST 57TH MANAGER FUNDING LLC, and 111 WEST 57TH INVESTMENT LLC, on behalf of itself and derivatively on behalf of 111 WEST 57TH PARTNERS LLC,

                     Plaintiffs,

-against-

111 WEST 57TH SPONSOR LLC, 111 WEST 57TH JDS LLC, PMG WEST 57TH STREET LLC, 111 WEST 57TH CONTROL LLC, 111 WEST 57TH DEVELOPER LLC, 111 WEST 57TH KM EQUITY LLC, 111 WEST 57TH KM GROUP LLC, KEVIN MALONEY, MATTHEW PHILLIPS, MICHAEL STERN, NED WHITE, 111 CONSTRUCTION MANAGER LLC, PROPERTY MARKETS GROUP, INC., JDS DEVELOPMENT LLC, and JDS CONSTRUCTION GROUP LLC,

                     Defendants,

111 WEST 57TH PARTNERS LLC,

                     Nominal Defendant.

Hon. Eileen Bransten
Index No. 652301/2016

**AFFIRMATION OF SERVICE**

       HALEY N. PROCTOR, an attorney admitted to practice *pro hac vice* before the Courts of this State, hereby affirms the following under the penalties of perjury:

       1.    I am an attorney at the law firm Cooper & Kirk, PLLC, attorneys for plaintiffs AmBase Corporation, 111 West 57th Manager Funding LLC, 111 West 57th Investment LLC, on behalf of itself and derivatively on behalf of 111 West 57th Partners LLC. As such, I am fully familiar with the facts set forth herein.

       2.    On May 18, 2018, I served true copies of the SUPPLEMENTAL SUMMONS and THIRD AMENDED COMPLAINT (including exhibits) upon the attorneys for all parties to this action, by email to the following counsel:

FILED: NEW YORK COUNTY CLERK 05/18/2018 06:01 PM                INDEX NO. 652301/2016
NYSCEF DOC. NO. 328   Case 1:18-cv-05482-AT   Document 1-3   Filed 06/18/18   Page 3 of 3   RECEIVED NYSCEF: 05/18/2018

*AmBase Corp., et al. v. 111 West 57th Sponsor LLC, et al.*                *Index No.* 652301/2016
                                                                                   *Page 2 of 2*

Mark Walfish
(mwalfish@katskykorins.com)
Joel S. Weiss
(jweiss@katskykorins.com)
Robert A. Abrams
(rabrams@katskykorins.com)
Haley Adams
(hadams@katskykorins.com)
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158
Tel: (212) 716-3265

Paul M. O'Connor III
(poconnor@kasowitz.com)
Emilie B. Cooper
(ecooper@kasowitz.com)
Jennifer McDougall
(jmcdougal@kasowitz.com)
KASOWITZ, BENSON & TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

Date:   May 18, 2018

<u>/s/ Haley N. Proctor</u>
Haley N. Proctor