# Cooper & Kirk

**Lawyers**
A Professional Limited Liability Company

David Thompson
(202) 220-9659
dthompson@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

October 9, 2018

**By ECF AND EMAIL**
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   RE: *AmBase Corporation, et al. v. 111 West 57th Sponsor, LLC, et al.*, Case No. 18-CV-05482 (AT) (SDNY)

Dear Judge Torres:

  Pursuant to the Court's Individual Practices Rule IV.A, Plaintiffs respectfully request leave to file the enclosed reply in support of Plaintiffs' Request for Judicial Notice (Sept. 11, 2018), ECF No. 48 ("Request"). Accompanying this letter are (1) a version of the reply with redactions highlighted, and (2) a document compiling proposed redactions.

  Plaintiffs seek to redact portions of the reply that refer to ███████████████████████████████████. The proposed redactions are appropriate because ███████████████████████████████████████████████████████. As the Court recognizing in granting the parties leave to file the Request and opposition thereto with redactions and under seal, ███████████████████████████████████████████. *See* Order (Sept. 12, 2018), ECF No. 45; Order (Oct. 3, 2018), ECF No. 53; *see also* ███████████████████.

  Plaintiffs have served copies of the attached filing on opposing counsel by electronic mail and request that the Court deem the attached filing be to be filed as of today's date.

Respectfully submitted,

**MEISTER SEELIG & FEIN LLP**

Stephen B. Meister, Esq.
Stacey M. Ashby, Esq.

**COOPER & KIRK, PLLC**

s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*

October 9, 2018
Page 2

| | |
|---|---|
| Kevin A. Fritz, Esq. | Brian W. Barnes* |
| Eugene Meyers, Esq. | Nicole J. Moss* |
| 125 Park Avenue, 7th Floor | Haley N. Proctor* |
| New York, New York 10017 | *Admitted Pro Hac Vice* |
| Phone: (212) 655-3500 | 1523 New Hampshire Avenue, N.W. |
| sbm@msf-law.com | Washington, D.C. 20036 |
| *Attorneys for Plaintiffs* | (202) 220-9600 |
| | dthompson@cooperkirk.com |
| | *Attorneys for Plaintiffs* |

cc:   Counsel of record (by email)