USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/23/2018_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

AMBASE CORPORATION, 111 WEST 57TH MANAGER FUNDING LLC, and 111 WEST 57TH INVESTMENT LLC, on behalf of itself and derivatively on behalf of 111 WEST 57TH PARTNERS LLC,

                    Plaintiffs,

-against-

111 WEST 57TH SPONSOR LLC, 111 WEST 57TH JDS LLC, PMG WEST 57TH STREET LLC, 111 WEST 57TH CONTROL LLC, 111 WEST 57TH DEVELOPER LLC, 111 WEST 57TH KM EQUITY LLC, 111 WEST 57TH KM GROUP LLC, KEVIN MALONEY, MATTHEW PHILLIPS, MICHAEL STERN, NED WHITE, 111 CONSTRUCTION MANAGER LLC, PROPERTY MARKETS GROUP, INC., JDS DEVELOPMENT LLC, and JDS CONSTRUCTION GROUP LLC,

                    Defendants,

111 WEST 57TH PARTNERS LLC,

                    Nominal Defendant.

18 Civ. 5482 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial pretrial conference scheduled for October 25, 2018, at 3:30 p.m. is RESCHEDULED to **October 25, 2018**, at **11:20 a.m.**

      SO ORDERED.

Dated: October 23, 2018
       New York, New York

ANALISA TORRES
United States District Judge