```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBASE CORPORATION, 111 WEST 57TH MANAGER FUNDING LLC, and 111 WEST 57TH INVESTMENT LLC, on behalf of itself and derivatively on behalf of 111 WEST 57TH PARTNERS LLC,

                    Plaintiffs,

-against-

111 WEST 57TH SPONSOR LLC, 111 WEST 57TH JDS LLC, PMG WEST 57TH STREET LLC, 111 WEST 57TH CONTROL LLC, 111 WEST 57TH DEVELOPER LLC, 111 WEST 57TH KM EQUITY LLC, 111 WEST 57TH KM GROUP LLC, KEVIN MALONEY, MATTHEW PHILLIPS, MICHAEL STERN, NED WHITE, 111 CONSTRUCTION MANAGER LLC, PROPERTY MARKETS GROUP, INC., JDS DEVELOPMENT LLC, and JDS CONSTRUCTION GROUP LLC,

                    Defendants,

111 WEST 57TH PARTNERS LLC,

                    Nominal Defendant.

18 Civ. 5482 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For the reasons stated on the record today, it is hereby ORDERED that:

1. Defendants' motion to dismiss, ECF No. 35, is GRANTED.  Counts One through Six are dismissed for failure to state a claim, and because the Court declines to exercise supplemental jurisdiction over the remaining claims, Counts Seven through Eighteen are dismissed without prejudice to renewal in state court.
2. Plaintiffs' request for judicial notice, ECF No. 48, is DENIED as moot.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: October 25, 2018
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge