UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMBASE CORPORATION, 111 WEST 57TH
MANAGER FUNDING LLC, and WEST 57TH
INVESTMENT LLC, on behalf of itself and
Derivatively on behalf of 111 WEST 57TH
PARTNERS LLC,

               Plaintiffs,

        -against-                                       18 **CIVIL** 5482 (AT)

## JUDGMENT

111 WEST 57TH SPONSER LLC, 111 WEST
57TH JDS LLC, PMG WEST 57TH STREET
LLC, 111 WEST 57TH CONTROL LLC, 111
WEST 57TH DEVELOPER LLC, 111 WEST
57TH KM EQUITY LLC, 111 WEST 57TH KM
GROUP LLC, KEVIN MALONEY, MATTHEW
PHILLIPS, MICHAEL STERN, NEW WHITE,
111 CONSTRUCTION MANAGER LLC,
PROPERTY MARKETS GROUP, INC., JDS
DEVELOPMENT LLC, and JDS CONSTRUCTION
GROUP, LLC,
               Defendants,

111 WEST 57TH PARTNERS LLC,

               Nominal Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 25, 2018, Defendants' motion to dismiss is granted.

Plaintiffs' request for judicial notice is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
          October 26, 2018

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                           BY:
                                                        **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/18