## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBASE CORPORATION, 111 WEST 57TH MANAGER FUNDING LLC, and 111 WEST 57TH INVESTMENT LLC, on behalf of itself and derivatively on behalf of 111 WEST 57TH PARTNERS LLC,<br><br>       Plaintiffs,<br><br> -against-<br><br>111 WEST 57TH SPONSOR LLC, 111 WEST 57TH JDS LLC, PMG WEST 57TH STREET LLC, 111 WEST 57TH CONTROL LLC, 111 WEST 57TH DEVELOPER LLC, 111 WEST 57TH KM EQUITY LLC, 111 WEST 57TH KM GROUP LLC, KEVIN MALONEY, MATTHEW PHILLIPS, MICHAEL STERN, NED WHITE, 111 CONSTRUCTION MANAGER LLC, PROPERTY MARKETS GROUP, INC., JDS DEVELOPMENT LLC, and JDS CONSTRUCTION GROUP LLC,<br><br>       Defendants,<br><br>111 WEST 57TH PARTNERS LLC,<br><br>       Nominal Defendant. | Docket No. 1:18-cv-5482(AT)<br><br>**NOTICE OF APPEAL** |

   Notice is hereby given that Plaintiffs AmBase Corporation, 111 West 57th Manager Funding LLC, and 111 West 57th Investment LLC, on behalf of itself and derivatively on behalf of 111 West 57th Partners LLC, hereby appeal to the United States Court of Appeals for the Second Circuit from the final order and judgment entered in this action on the 25th and 26th days of October, 2018, and all interlocutory orders merged into the final judgment.

| | |
|---|---|
| Dated: November 19, 2018 | Respectfully submitted, |
| **MEISTER SEELIG & FEIN LLP** | **COOPER & KIRK, PLLC** |
| | s/ David H. Thompson |
| Stephen B. Meister, Esq. | David H. Thompson* |
| Stacey M. Ashby, Esq. | Peter A. Patterson* |
| Kevin A. Fritz, Esq. | Brian W. Barnes* |
| Eugene Meyers, Esq. | Nicole J. Moss* |
| 125 Park Avenue, 7th Floor | Haley N. Proctor* |
| New York, New York 10017 | *Admitted Pro Hac Vice* |
| Phone: (212) 655-3500 | 1523 New Hampshire Avenue, N.W. |
| sbm@msf-law.com | Washington, D.C. 20036 |
| *Attorneys for Plaintiffs* | (202) 220-9600 |
| | dthompson@cooperkirk.com |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2018, an electronic copy of the foregoing was filed with the Clerk of Court using the ECF system and thereby served upon all counsel of record.

s/David H. Thompson<br>
David H. Thompson