Case 1:18-cv-05482-AT   Document 73   Filed 09/25/19   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMBASE CORPORATION, 111 WEST 57TH MANAGER FUNDING LLC, and 111 WEST 57TH INVESTMENT LLC, on behalf of itself and derivatively on behalf of 111 WEST 57TH PARTNERS LLC,

      Plaintiffs,

-against-

111 WEST 57TH SPONSOR LLC, 111 WEST 57TH JDS LLC, PMG WEST 57TH STREET LLC, 111 WEST 57TH CONTROL LLC, 111 WEST 57TH DEVELOPER LLC, 111 WEST 57TH KM EQUITY LLC, 111 WEST 57TH KM GROUP LLC, KEVIN MALONEY, MATTHEW PHILLIPS, MICHAEL STERN, NED WHITE, 111 CONSTRUCTION MANAGER LLC, PROPERTY MARKETS GROUP, INC., JDS DEVELOPMENT LLC, and JDS CONSTRUCTION GROUP LLC,

      Defendants,

111 WEST 57TH PARTNERS LLC,

      Nominal Defendant.

Docket No. 1:18-cv-5482(AT)

**ORDER**

ANALISA TORRES, District Judge:

  Pursuant to the Mandate issued by the United States Court of Appeals for the Second Circuit on September 20, 2019, (ECF No. 71), the Clerk of Court is respectfully directed to remand this case to the Supreme Court of New York, New York County.

Dated: September 25, 2019
   New York, New York

                _____
                ANALISA TORRES
               United States District Judge